UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| PATRICIA MACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:16-cv-02671 |
| ) | |
| COMENITY BANK, ) | Judge John T. Fowlkes, Jr. |
| ) | Chief Magistrate Judge Diane K. Vescovo |
| Defendant. ) | |

**JOINT MOTION FOR ENTRY OF AGREED ORDER
DISMISSING CASE IN FAVOR OF ARBITRATION**

Plaintiff Patricia Mack ("Mack" or "Plaintiff") and Defendant Comenity Bank ("Comenity"), jointly stipulate, agree, and move the Court for entry of an order dismissing Plaintiff's Complaint, without prejudice, to allow Plaintiff to re-file the claims in arbitration. Each party will bear their own attorney's fees, costs, and expenses of this action. This Joint Motion concludes this matter in its entirety, and the parties request the Court enter an order dismissing this matter without prejudice.

Agreed to by the parties this 30th day of September, 2016:

| | |
|---|---|
| */s/ Mark Lambert (with permission)* | */s/ Zachary Miller* |
| Mark Lambert, Esq. (TN Bar No. 22509) | Zachary Miller (TN Bar No. 032674) |
| Morgan & Morgan | BURR & FORMAN LLP |
| 1 Commerce Square, 26th Floor | 511 Union Street, Suite 2300 |
| Memphis, TN 38103 | Nashville, TN 37219 |
| Phone: (901) 217-7000 | Telephone: (615) 724-3216 |
| Fax: (901) 333-1897 | Facsimile: (615) 724-3316 |
| mlambert@forthepeople.com | Email: zmiller@burr.com |
| *Attorney for Plaintiff Michael Fuller* | *Attorney for Defendant Comenity Bank* |

**SO ORDERED:**

_____
District Judge John T. Fowlkes, Jr.

28270293 v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

> Mark Lambert, Esq.
> Morgan & Morgan
> 1 Commerce Square, 26th Floor
> Memphis, TN  38103
> mlambert@forthepeople.com
>
> *Attorney for Plaintiff*

> *s/ Zachary Miller*
> OF COUNSEL