# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA MACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:16-cv-02671-JTF-dkv |
| | ) | |
| COMENITY BANK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

Before the Court is the Parties' Joint Motion to Dismiss Case in Favor of Arbitration filed on September 30, 2016. (ECF No. 9). The Court finds the motion is well taken and should be Granted. Accordingly, Plaintiff's Complaint is dismissed without prejudice to allow Plaintiff to re-file the claims in arbitration. Each party shall bear its own attorney's fees, costs, and expenses.

**IT IS SO ORDERED** on this 19th day of October, 2016.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE