# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**PATRICIA MACK,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　　**Cv. No. 16-2671-JTF**

**COMENITY BANK,**

    **Defendant.**

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice in accordance with the Order of Dismissal docketed on October 20, 2016.

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.　　　　　　　　　　THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE　　　　　CLERK

October 20, 2016　　　　　　　　　　　　　　s/Lorri J. Fentress
DATE　　　　　　　　　　　　　　　　　　　　(BY) LAW CLERK